14

AWO/da

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.** 08-00180-CB |
| **v.** | * | **USAO NO: 08R00156** |
| | * | |
| **SAMUEL IRBY CHAPMAN** | * | **VIOLATIONS:** |
| | * | **18 USC § 1029** |
| | * | **18 USC § 1343** |
| | * | **18 USC § 1341** |
| | * | **18 USC § 1028A** |

FILED IN OPEN COURT
MAY 29 2008
CHARLES R. DIARD, JR
CLERK

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

From on or about February 23, 2008, to on or about March 17, 2008, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**SAMUEL IRBY CHAPMAN**

knowingly and with the intent to defraud did traffic in and use, and did attempt to traffic in and use, unauthorized Capital One Services, Inc. credit cards issued to persons with the last names and embossed with the account numbers as follows:

| Last Name | Account Number |
|---|---|
| Landreneau | 5178057257373741 |
| Wiley | 5178057279002500 |
| Weller | 5178057279772508 |
| Cobb | 5178057227539520 |
| Elliott | 5178057258303887 |

| | |
|---|---|
| Easton | 5178057294553909 |
| Dunklin | 5178057260931519 |
| Cameron | 5178057239542397 |
| Wood | 5178057278535880 |
| Smith | 5178057267653645 |
| Harris | 5178057247839579 |
| Kiser | 5178057323352968 |
| Wiley | 5178057312093136 |
| Carney | 5178057239007086 |

and by such conduct did obtain items of value aggregating more than $1,000.00, which acts did affect interstate commerce.

In violation of Title 18, United States Code, Section 1029(a)(2) and (b)(1).

## COUNT TWO

From on or about February 23, 2008, until on or about March 17, 2008, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**SAMUEL IRBY CHAPMAN**

did knowingly and willfully with intent to deceive and for the purpose of applying for and receiving unauthorized credit cards, did execute a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations and promises from Capital One Services, Inc., well knowing at the time that the pretenses, representations and promises were and would be false when made. Specifically, **CHAPMAN** applied for and received unauthorized credit cards using stolen identifying information of individuals, including names, dates of birth, social security numbers and driver's license numbers, contained in the customer

files of an out-of-business department store formerly located in Mobile, Alabama.

In furtherance of the aforesaid scheme to defraud, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant, for the purpose of executing the above-described scheme and attempting to do so, knowingly caused to be transmitted by wire in interstate commerce (via internet) applications for the following unauthorized credit cards which he did receive:

| Last Name | Account Number | Opened | Credit Limit |
|---|---|---|---|
| Landreneau | 5178057257373741 | 2/23/2008 | $12,500.00 |
| Wiley | 5178057279002500 | 2/23/2008 | $7,500.00 |
| Weller | 5178057279772508 | 2/23/2008 | $10,000.00 |
| Cobb | 5178057227539520 | 2/23/2008 | $7,500.00 |
| Elliott | 5178057258303887 | 2/23/2008 | $7,500.00 |
| Easton | 5178057294553909 | 2/23/2008 | $2,000.00 |
| Dunklin | 5178057260931519 | 2/23/2008 | $12,500.00 |
| Cameron | 5178057239542397 | 2/23/2008 | $5,000.00 |
| Wood | 5178057278535880 | 2/23/2008 | $2,000.00 |
| Smith | 5178057267653645 | 2/23/2008 | $2,000.00 |
| Harris | 5178057247839579 | 2/23/2008 | $7,500.00 |
| Kiser | 5178057323352968 | 2/23/2008 | $12,500.00 |
| Wiley | 5178057312093136 | 2/23/2008 | $2,000.00 |
| Carney | 5178057239007086 | 2/23/2008 | $12,500.00 |

In violation of Title 18, United States Code, Section 1343.

## **COUNT THREE**

From on or about February 23, 2008, to on or about March 17, 2008, in the Southern

District of Alabama, Southern Division, and elsewhere, the defendant,

## SAMUEL IRBY CHAPMAN

did knowingly and willfully with intent to deceive and for the purpose of applying for and receiving unauthorized credit cards, did execute a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations and promises from Capital One Services, Inc., well knowing at the time that the pretenses, representations and promises were and would be false when made. Specifically, **CHAPMAN** applied for and received unauthorized credit cards using stolen identifying information of individuals, including names, dates of birth, social security numbers and driver's license numbers, contained in the customer files of an out-of-business department store formerly located in Mobile, Alabama.

In furtherance of the aforesaid scheme to defraud, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant, for the purpose of executing the above-described scheme and attempting to do so, caused to be delivered by mail to 764 Sullivan Avenue, Apartment C21, Mobile, AL 36606 unauthorized Capital One Services, Inc. credit cards issued to persons with the last names and embossed with the account numbers as follows:

| Last Name | Account Number |
| --- | --- |
| Landreneau | 5178057257373741 |
| Wiley | 5178057279002500 |
| Weller | 5178057279772508 |
| Cobb | 5178057227539520 |
| Elliott | 5178057258303887 |
| Easton | 5178057294553909 |
| Dunklin | 5178057260931519 |

| Cameron | 5178057239542397 |
| --- | --- |
| Wood | 5178057278535880 |
| Smith | 5178057267653645 |
| Harris | 5178057247839579 |
| Kiser | 5178057323352968 |
| Wiley | 5178057312093136 |
| Carney | 5178057239007086 |

In violation of Title 18, United States Code, Section 1341.

## COUNT FOUR

From on or about February 23, 2008, to on or about March 17, 2008, in the Southern District of Alabama, Southern Division, the defendant,

**SAMUEL IRBY CHAPMAN**

during and in relation to a qualifying felony violation for which he may be prosecuted in a court of the United States, to-wit: Title 18, United States Code, Section 1029, 1343 and 1341, as set forth in Counts One through Three herein above, did knowingly transfer, possess and use without lawful authority a means of identification of another person, to-wit: the name, social security number, date of birth and driver's license number of persons whose last names are Landreneau, Wiley, Weller, Cobb, Elliott, Easton, Dunklin, Cameron, Wood, Smith, Harris, Kiser, Wiley and Carney.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DEBORAH J. RHODES
UNITED STATES ATTORNEY
by:

*[signature]*

Adam W. Overstreet
Assistant U.S. Attorney


*[signature: Maria E. Murphy]*
Gregory A. Bordenkircher
Assistant U.S. Attorney
Chief, Criminal Division

MAY 2008